IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01229-MSK-KLM

ROSENDO HERRERA,

    Plaintiff,

v.

BEVERLY DOWIS, Health Services Administrator,
ARISTEDES ZAVARES, Executive Director,
THEODORE LAWRENCE, Physician's Assistant,
PATTY L. BEECROFT, Physician,
BRIAN WEBSTER, Physician's Assistant, and
FORTUNATO, Physician

    Defendants.
_____

**ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Order to Show Cause** [Docket No. 31; Filed December 8, 2009].

    In its Order to Show Cause, the Court directed Plaintiff to show cause why the Court should not recommend that the case against Defendant Brian Webster be dismissed pursuant to Fed. R. Civ. P. 4(m) & 41(b).  The Court ordered that on or before January 8, 2010, Plaintiff was to either file proof of service or respond and show good cause for failure to properly serve Defendant Webster, or to provide a current address for Defendant Webster.  Plaintiff has failed to respond.

    Plaintiff filed his Second Amended Complaint on October 2, 2009.  Pursuant to Fed. R. Civ. P. 4(m), the deadline for service on Defendant Webster was February 1, 2010.

Plaintiff has not effected service or provided sufficient information so that the Court, through the U.S. Marshal, can effect service on his behalf.

Accordingly,

IT IS HEREBY **ORDERED** that the Order to Show Cause is made **ABSOLUTE**. Plaintiff has failed to show cause as to why the Court should not recommend dismissal of Defendant Webster.

I respectfully **RECOMMEND** that Defendant Brian Webster be **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 4(m) & 41(b).

IT IS FURTHER **ORDERED** that pursuant to Fed.R.Civ.P. 72, the parties shall have fourteen (14) days after service of this Recommendation to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. A party's failure to serve and file specific, written objections waives de novo review of the Recommendation by the District Judge, Fed.R.Civ.P. 72(b); *Thomas v. Arn*, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. *Makin v. Colo. Dep't of Corr.*, 183 F.3d 1205, 1210 (10th Cir. 1999); *Talley v. Hesse*, 91 F.3d 1411, 1412-13 (10th Cir. 1996). A party's objections to this Recommendation must be both timely and specific to preserve an issue for de novo review by the District Court or for appellate review. *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated:  February 2, 2010

                                                s/ Kristen L. Mix
                                                Kristen L. Mix
                                                United States Magistrate Judge