IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01229-MSK-KLM

ROSENDO HERRERA,

    Plaintiff,

v.

BEVERLY DOWIS, Health Services Administrator,
ARISTEDES ZAVARES, Executive Director,
THEODORE LAURENCE, Physician's Assistant,
PATTY L. BEECROFT, Physician and
JOSEPH FORTUNATO, Physician,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Amend the Complaint and Request for an Extension of Time to Respond to 'Defendants Zavaras, Laurence, Fortunato and Dowis' Motion to Dismiss the Second Amended Complaint** [Docket No. 54; Filed May 19, 2010] (the "Motion"). Pursuant to the Motion, Plaintiff seeks to amend the caption to reflect the full names of the Defendants and to correct any misspellings of their names. Accordingly, the Court interprets the Motion to be a request to amend the case caption, rather than a request to amend the Second Amended Complaint. Plaintiff also seeks an extension of time to respond to Defendants' Motion to Dismiss [Docket No. 33]. Although amendment of the case caption is unnecessary,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The case caption shall be amended as set forth above.

    IT IS FURTHER **ORDERED** that Plaintiff shall respond to Defendants' Motion to Dismiss [#33] on or before **July 16, 2010**.

Dated: May 24, 2010